FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

05 JAN -6 PM 1:17

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO FLORIDA

KEISHA L. ROLLE-MCNEAL,

            Plaintiff,      CASE NO.

vs.

                           6:05-cv-25-orl-22 DAB

EXXON MOBIL CORPORATION,

           Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, KEISHA L. ROLLE-MCNEAL (hereinafter referred to as "Plaintiff"), by and through her undersigned counsel and sues the Defendant, EXXON MOBIL CORPORATION (hereinafter referred to as "Defendant"), and states as follows:

### INTRODUCTION

1. This is an action by Plaintiff against her employer for unpaid wages, pursuant to the Fair Labor Standards Act ("FLSA") and Chapter 448, Florida Statutes. Plaintiff seeks damages and a reasonable attorney's fee.

### JURISDICTION

2. This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. Section 201, et. seq. The Court has jurisdiction over the FLSA claims pursuant to 29 U.S.C. Section 216(b) and for the state law claim under supplemental jurisdiction.

## VENUE

3. The venue of this Court over this controversy is proper based upon the claim arising in Orlando, Orange County, Florida.

## THE PARTIES

4. Plaintiff was at all times material, employed by Defendant, EXXON MOBIL CORPORATION, at its business located in Orlando, Orange County, Florida from May 24, 2001 to date as a cashier.

5. The Defendant, EXXON MOBIL CORPORATION, is a New Jersey authorized to do business in the State of Florida and operating a gas station in Orlando, Orange County, Florida. Defendant, EXXON MOBIL CORPORATION, is an employer as defined by 29 U.S.C. Section 203(d). The employer has employees subject to the provisions of the FLSA, 29 U.S.C. Section 206, in the facility where Plaintiff is employed.

6. Plaintiff is an employee of EXXON MOBIL CORPORATION, and, at all times relevant to violations of the Fair Labor Standards Act was engaged in commerce as defined by 29 U.S.C. Section 206(a) and 207(a)(1).

7. Alternatively, Defendant, EXXON MOBIL CORPORATION, is an enterprise engaged in commerce or in the production of goods for commerce as defined by 29 U.S.C. Section 203(s)(1).

8. Plaintiff has retained the Pantas Law Firm to represent her in this matter and has agreed to pay said firm a reasonable attorney's fee for its services.

## COUNT I
## VIOLATION OF THE OVERTIME PROVISIONS
## OF THE FAIR LABOR STANDARDS ACT UNDER FEDERAL LAW

9.  Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 8 above.

10. Throughout the employment of Plaintiff, the Defendant repeatedly and willfully violated Section 7 and Section 15 of the Fair Labor Standards Act by failing to compensate Plaintiff at a rate not less than one and one-half times the regular rate at which she is employed for workweeks longer than forty (40) hours. Specifically, Plaintiff is working numerous weeks in excess of forty (40) hours a week, yet is not compensated for all work in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which she is employed.

WHEREFORE, Plaintiff demands a judgment against Defendants, jointly and severally, for the following:

(a) Unpaid overtime wages found to be due and owing;

(b) An additional equal amount equal to the unpaid overtime wages found to be due and owing as liquidated damages;

(c) Prejudgment interest in the event liquidated damages are not awarded;

(d) A reasonable attorney's fee and costs; and,

(e) Such other relief as the Court deems just and equitable.

## COUNT II
## UNPAID WAGES UNDER FLORIDA STATUTES, CHAPTER 448

11. Plaintiff re-alleges the allegations contained in paragraphs 1 through 8 above.

12. This is an action brought pursuant to and arising under Chapter 448, <u>Florida Statutes</u> and Florida common law.

13. Defendant, EXXON MOBIL CORPORATION, has willfully failed to pay Plaintiff wages/compensation due to her with regard to her employment. This constitutes unpaid wages, recoverable under Chapter 448, <u>Florida Statutes</u> and Florida common law.

14. Pursuant to Chapter 448.08, <u>Florida Statutes</u>, Plaintiff is entitled to costs of the action and a reasonable attorney's fee.

WHEREFORE, Plaintiff requests judgment against the Defendant, EXXON MOBIL CORPORATION, for damages and prejudgment interest, together with costs of suit and reasonable attorney fees, and such other and further relief as the court may deem proper.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial on all issues so triable.

Dated: 1/4/05

Respectfully submitted,

*(signature)*

CHARLES L. SCALISE, ESQ.
Florida Bar No.: 0776327
K.E. PANTAS, ESQ.
Florida Bar No. 0978124
PANTAS LAW FIRM, P.A.
1720 S. Orange Avenue, 3rd Floor
Orlando, Florida 32806
Telephone: (407) 425-5775
Facsimile: (407) 425-2778
Trial Counsel for the Plaintiff