UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


KEISHA L. ROLLE-MCNEAL,

                 Plaintiff,            CASE NO. 6:05-CV-25-ORL-22DAB

vs.

STATION OPERATORS, INC.,

                 Defendant.
_____/

## AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, KEISHA L. ROLLE-MCNEAL (hereinafter referred to as "Plaintiff"), by and through her undersigned counsel and files this Amended Complaint against the Defendant, STATION OPERATORS, INC. (hereinafter referred to as "Defendant"), and states as follows:

## INTRODUCTION

1.    This is an action by Plaintiff against her employer for unpaid wages, pursuant to the Fair Labor Standards Act ("FLSA"). Plaintiff seeks damages and a reasonable attorney's fee.

## JURISDICTION

2.    This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. Section 201, et. seq. The Court has jurisdiction over the FLSA claims pursuant to 29 U.S.C. Section 216(b).

## VENUE

3.     The venue of this Court over this controversy is proper based upon the claim arising in Orlando, Orange County, Florida.

## THE PARTIES

4.     Plaintiff was at all times material, employed by Defendant, STATION OPERATORS, INC., at its business located in Orlando, Orange County, Florida from May 24, 2001 to date as a cashier.

5.     The Defendant, STATION OPERATORS, INC., is a Delaware corporation authorized to do business in the State of Florida and operating an Exxon Mobil gas station in Orlando, Orange County, Florida.     Defendant, STATION OPERATORS, INC., is an employer as defined by 29 U.S.C. Section 203(d).     The employer has employees subject to the provisions of the FLSA, 29 U.S.C. Section 206, in the facility where Plaintiff is employed.

6.     Plaintiff is an employee of STATION OPERATORS, INC., and, at all times relevant to violations of the Fair Labor Standards Act was engaged in commerce as defined by 29 U.S.C. Section 206(a) and 207(a)(1).

7.     Alternatively, Defendant, STATION OPERATORS, INC., is an enterprise engaged in commerce or in the production of goods for commerce as defined by 29 U.S.C. Section 203(s)(1).

8.     Plaintiff has retained the Pantas Law Firm to represent her in this matter and has agreed to pay said firm a reasonable attorney's fee for its services.

**COUNT I**
**VIOLATION OF THE OVERTIME PROVISIONS**
**OF THE FAIR LABOR STANDARDS ACT UNDER FEDERAL LAW**

9.      Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 8 above.

10.      Throughout the employment of Plaintiff, the Defendant repeatedly and willfully violated Section 7 and Section 15 of the Fair Labor Standards Act by failing to compensate Plaintiff at a rate not less than one and one-half times the regular rate at which she is employed for workweeks longer than forty (40) hours.  Specifically, Plaintiff is working numerous weeks in excess of forty (40) hours a week, yet is not compensated for all work in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which she is employed.

WHEREFORE, Plaintiff demands a judgment against Defendants, jointly and severally, for the following:

(a)      Unpaid overtime wages found to be due and owing;

(b)      An additional equal amount equal to the unpaid overtime wages found to be due and owing as liquidated damages;

(c)      Prejudgment interest in the event liquidated damages are not awarded;

(d)      A reasonable attorney's fee and costs; and,

(e)      Such other relief as the Court deems just and equitable.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial on all issues so triable.

Respectfully submitted,

Dated:  February 11, 2005

/S/ Charles L. Scalise
CHARLES L. SCALISE, ESQ.
Florida Bar No.: 0776327
K.E. PANTAS, ESQ.
Florida Bar No. 0978124
PANTAS LAW FIRM, P.A.
1720 S. Orange Avenue, 3rd Floor
Orlando, Florida 32806
Telephone: (407) 425-5775
Facsimile: (407) 425-2778
Trial Counsel for the Plaintiff
ECF EMAIL: clerk@pantaslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I presented the foregoing to the Clerk of the court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following: Peter W. Zinober, Esq. and M. Sean Moyles, Esq., Zinober & McCrea, P.A., 201 E. Kennedy Blvd., Suite 800, Tampa, FL 33602, this 11th day of February 2005.

/S/ Charles L. Scalise
CHARLES L. SCALISE, ESQ.